---

**DISTRICT OF NEW JERSEY**
**UNITED STATES BANKRUPTCY COURT**

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Michael E Blaine, Esq. (ID #018132006)
SCHILLER, KNAPP,
LEFKOWITZ & HERTZEL, LLP
A LLP Formed in the State of New York
30 Montgomery Street, Suite 1205
Jersey City, New Jersey 07302
 (518) 786-9069
Attorneys for Creditor, Lakeview Loan Servicing, LLC by its servicing agent M&T Bank

**Order Filed on November 1, 2016 by Clerk U.S. Bankruptcy Court District of New Jersey**

In Re:

JONATHAN W. HODGES
AND VALENTINA K. HODGES,

Debtors.

Case No.: 16-12299-JNP

Hearing Date: November 1, 2016

Judge: Hon. Jerrold N. Poslusny, Jr.

Chapter: 13

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page, numbered two (2) is hereby **ORDERED.**

**DATED: November 1, 2016**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**Page 2**
Debtor: JONATHAN W. HODGES
AND VALENTINA K. HODGES
Case No.: 16-12299-JNP
Caption of Order: **Order Vacating Automatic Stay**

---

Upon the motion of Creditor Lakeview Loan Servicing, LLC, by its servicing agent M&T Bank, on behalf of itself and its successors and/or assigns (hereinafter collectively "Secured Creditor" and/or Movant), under Bankruptcy Code §362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown,

ORDERED as follows:

The automatic stay of Bankruptcy Code Section 362(a) is vacated to permit the movant its successors and/or assigns to institute or resume and prosecute to conclusion one or more action(s) in the court(s) of appropriate jurisdiction to foreclose mortgage(s) held by the movant upon the following:

Land and premises commonly known as **10 Kennerly Court, Marlton, New Jersey 08053**

It is further ORDERED that the movant, its successors or assignees, may proceed with its right and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement to possession of the property.

The movant may join the debtor and any trustee appointed in this case as defendants in its foreclosure action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the debtor, any trustee and any other party who entered an appearance on the motion.

The Trustee shall receive notice of any surplus monies received.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-12299-JNP
Jonathan W. Hodges                                                        Chapter 13
Valentina K. Hodges
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 1              Date Rcvd: Nov 01, 2016
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2016.
db/jdb         +Jonathan W. Hodges,   Valentina K. Hodges,   10 Kennerly Court,   Marlton, NJ 08053-2703

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2016 at the address(es) listed below:
              Eric   Clayman    on behalf of Debtor Jonathan W. Hodges jenkins.clayman@verizon.net
              Eric   Clayman    on behalf of Joint Debtor Valentina K. Hodges jenkins.clayman@verizon.net
              Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
              Jeffrey E. Jenkins     on behalf of Joint Debtor Valentina K. Hodges jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Jeffrey E. Jenkins     on behalf of Debtor Jonathan W. Hodges jenkins.clayman@verizon.net,
               jenkins.clayman@verizon.net
              Joshua I. Goldman     on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael E. Blaine     on behalf of Creditor    Lakeview Loan Servicing LLC, by its servicing agent
               M&T Bank mblaine@schillerknapp.com,
               tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
              Sergio I. Scuteri     on behalf of Creditor    Evesham Municipal Utilities Authority
               sscuteri@capehart.com
              Stephanie F. Ritigstein     on behalf of Joint Debtor Valentina K. Hodges
               jenkins.clayman@verizon.net
              Stephanie F. Ritigstein     on behalf of Debtor Jonathan W. Hodges jenkins.clayman@verizon.net
                                                                                             TOTAL: 10