Form 148 – ntcdsmcs

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  16–12299–JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| Jonathan W. Hodges | Valentina K. Hodges |
| 10 Kennerly Court | 10 Kennerly Court |
| Marlton, NJ 08053 | Marlton, NJ 08053 |

Social Security No.:
   xxx–xx–9025                                              xxx–xx–4885

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case
as to the:
   Debtor and Joint Debtor was entered on February 14, 2017.

   Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding
fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from
the date of this Order.

Dated: February 14, 2017
JAN: cmf

                                                             Jeanne Naughton
                                                             Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 16-12299-JNP
Jonathan W. Hodges                                                      Chapter 13
Valentina K. Hodges
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin          Page 1 of 2          Date Rcvd: Feb 14, 2017
                              Form ID: 148         Total Noticed: 44

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 16, 2017.
db/jdb         +Jonathan W. Hodges,   Valentina K. Hodges,   10 Kennerly Court,   Marlton, NJ 08053-2703
cr             +Lakeview Loan Servicing LLC, by its servicing agen,   C/O Schiller, Knapp, Lefkowitz & Hertzel,
                950 New Loudon Rd,   Latham, NY 12110-2100
516045576      +American Medical Response,   c/o Bay Area Credit Service,   PO Box 467600,
                Atlanta GA 31146-7600
515989570      +Burlington County OBGYN Assoc.,   c/o Apex Asset Management,   2501 Oregon Pike, Ste 120,
                Lancaster, PA 17601-4890
516045575      +Center for Family Guidance PC,   765 East Route 70 Building A-100,   Marlton NJ 08053-2341
515989572       Comcast,   PO Box 3002,   Southeastern, PA 19398-3002
515989574      +Emerg Phy Assoc of S Jersey PC,   c/o Account Resolution Service,   1643 Harrison Pkwy  Ste 100,
                Fort Lauderdale, FL 33323-2857
515989575       Esurance Customer Service,   PO Box 5250,   Sioux Falls, SD 57117-5250
515989576      +First Premier Bank,   c/o Midland Funding LLC,   2365 Northside Drive, Ste 300,
                San Diego, CA 92108-2709
515989580      +Larchmont Imaging Associates,   c/o Apex Asset Management,   2501 Oregon Pike, Ste 120,
                Lancaster, PA 17601-4890
515989581      +M& T Bank a/k/a Lakeview Loan Servicing,   c/o KML Law Group, PC,   701 Market Street, Ste 5000,
                Philadelphia, PA 19106-1541
516176859       Navient Solutions, Inc. Department of Education,   Loan Services,   P.O. Box 9635,
                Wilkes-Barre, PA 18773-9635
515989584       New Century Financial Services,   c/o Pressler and Pressler,   7 Entin Road,
                Parsippany, NJ 07054-5020
516045578      +Ophthalmic Partners of PA,   PO Box 4803,   Lancaster PA 17604-4803
515989588       PSE&G,   PO Box 14444,   New Brunswick, NJ 08906-4444
516225713      +Pinnacle Credit Services, LLC its successors and,   assigns as assignee of Cellco,
                Partnership d/b/a Verizon Wireless,   Resurgent Capital Services,   PO Box 10587,
                Greenville, SC 29603-0587
515989586      +Portfolio Recovery Associates,   c/o Apothaker & Associates,   520 Fellowship Rd, C306,
                Mount Laurel, NJ 08054-3410
516045579      +Princeton Healthcare System,   Lockbox #9226,   PO Box 789226,   Philadelphia PA 19178-9226
515989589      +Service Credit Union,   3003 Lafayette Road,   Portsmouth, NH 03801-5904
516045580      +South Jersey Gas,   Attn: Mrs. Flemming,   PO Box 6091,   Bellmawr NJ 08099-6091
516045581      +The Children's Hospital of Philadelphia,   c/o AMCOL Systems,   Lockbox #5232,   PO Box 8500,
                Philadelphia PA 19178-8500
516045574      +The Evesham Municipal Utilities Auth.,   984 Tuckerton Road,   PO Box 467,
                Marlton NJ 08053-0467

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 14 2017 23:07:57     U.S. Attorney,   970 Broad St.,
                Room 502,   Rodino Federal Bldg.,   Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 14 2017 23:07:52     United States Trustee,
                Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516187313       EDI: BL-BECKET.COM Feb 14 2017 22:43:00     CAPITAL ONE, N.A.,   C/O BECKET AND LEE LLP,
                PO BOX 3001,   MALVERN, PA 19355-0701
515989583       EDI: CBSAAFES.COM Feb 14 2017 22:38:00     Military Star,   3911 S. Walton Walker Blvd,
                Dallas, TX 75236
515989571      +EDI: CAPITALONE.COM Feb 14 2017 22:43:00     Capital One,   PO Box 30285,
                Salt Lake City, UT 84130-0285
515989573      +EDI: NAVIENTFKASMDOE.COM Feb 14 2017 22:43:00     Dept of Ed/Navient,   PO Box 9635,
                Wilkes Barre, PA 18773-9635
516045577      +E-mail/Text: officemgr@elmwoodfp.com Feb 14 2017 23:08:40     Elmwood Family Physicians,
                777 Route 70 East, Ste G101,   Marlton NJ 08053-2341
515989577      +EDI: PRA.COM Feb 14 2017 22:43:00     GE Money Bank,   c/o Portfolio Recovery,
                120 Corporate Blvd,   Norfolk, VA 23502-4952
515989578      +EDI: PRA.COM Feb 14 2017 22:43:00     HSBC Bank Nevada,   c/o Portfolio Recovery,
                120 Corporate Blvd,   Norfolk, VA 23502-4952
515989579      +EDI: CBSKOHLS.COM Feb 14 2017 22:43:00     Kohls Department Store,   PO Box 3115,
                Milwaukee, WI 53201-3115
516023319       E-mail/Text: camanagement@mtb.com Feb 14 2017 23:07:40     Lakeview Loan Servicing, LLC,
                c/o M&T Bank,   P.O. Box 840,   Buffalo, NY 14240-0840
515989582       E-mail/Text: camanagement@mtb.com Feb 14 2017 23:07:40     M&T Bank,   PO Box 1288,
                Buffalo, NY 14240
515989585      +E-mail/PDF: bankruptcy@ncfsi.com Feb 14 2017 23:06:32     New Century Financial Services,
                110 S Jefferson Rd # 104,   Whippany, NJ 07981-1038
515989587       EDI: PRA.COM Feb 14 2017 22:43:00     Portfolio Recovery Associates,   120 Corporate Boulevard,
                Norfolk, VA 23502
516168461       EDI: PRA.COM Feb 14 2017 22:43:00     Portfolio Recovery Associates, LLC,   c/o Care Credit,
                POB 41067,   Norfolk VA 23541
516155008       EDI: PRA.COM Feb 14 2017 22:43:00     Portfolio Recovery Associates, LLC,   c/o Orchard Bank,
                POB 41067,   Norfolk VA 23541
516166196       EDI: PRA.COM Feb 14 2017 22:43:00     Portfolio Recovery Associates, LLC,
                c/o Victoria's Secret,   POB 41067,   Norfolk VA 23541

```
District/off: 0312-1          User: admin          Page 2 of 2          Date Rcvd: Feb 14, 2017
                              Form ID: 148          Total Noticed: 44
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
515989590      +EDI: RMSC.COM Feb 14 2017 22:43:00     Synchrony Bank/Care Credit,   PO Box 965036,
                 Orlando, FL 32896-5036
515989591       EDI: USAA.COM Feb 14 2017 22:43:00     USAA Fed. Savings Bank,   PO Box 47504,
                 San Antonio, TX 78265-7504
515989592      +EDI: VERIZONEAST.COM Feb 14 2017 22:43:00     Verizon,   500 Technology Drive  Ste 300,
                 Weldon Spring, MO 63304-2225
515989593       EDI: RESURGENT.COM Feb 14 2017 22:43:00     Verizon Wireless,   c/o Pinnacle Credit Services,
                 PO Box 640,   Hopkins, MN 55343-0640
515989594      +EDI: PRA.COM Feb 14 2017 22:43:00     World Financial Network Bank,   c/o Portfolio Recovery,
                 120 Corporate Blvd,   Norfolk, VA 23502-4952
                                                                                      TOTAL: 22

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 14, 2017 at the address(es) listed below:
```
          Denise E. Carlon   on behalf of Creditor   Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Eric  Clayman    on behalf of Joint Debtor Valentina K. Hodges jenkins.clayman@verizon.net
          Eric  Clayman    on behalf of Debtor Jonathan W. Hodges jenkins.clayman@verizon.net
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Jeffrey E. Jenkins   on behalf of Joint Debtor Valentina K. Hodges jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Jeffrey E. Jenkins   on behalf of Debtor Jonathan W. Hodges jenkins.clayman@verizon.net,
           jenkins.clayman@verizon.net
          Joshua I. Goldman   on behalf of Creditor   Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Michael E. Blaine   on behalf of Creditor   Lakeview Loan Servicing, LLC
           mblaine@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Michael E. Blaine   on behalf of Creditor   Lakeview Loan Servicing LLC, by its servicing agent
           M&T Bank mblaine@schillerknapp.com,
           tshariff@ecf.courtdrive.com;tshariff@schillerknapp.com;kcollins@schillerknapp.com
          Sergio I. Scuteri   on behalf of Creditor   Evesham Municipal Utilities Authority
           sscuteri@capehart.com
          Stephanie F. Ritigstein   on behalf of Joint Debtor Valentina K. Hodges
           jenkins.clayman@verizon.net
          Stephanie F. Ritigstein   on behalf of Debtor Jonathan W. Hodges jenkins.clayman@verizon.net
                                                                                      TOTAL: 12
```