Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                              Case No.: 16–12299–JNP
                              Chapter: 13
                              Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Jonathan W. Hodges                                      Valentina K. Hodges
  10 Kennerly Court                                          10 Kennerly Court
  Marlton, NJ 08053                                          Marlton, NJ 08053

Social Security No.:
  xxx–xx–9025                                                   xxx–xx–4885

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>April 7, 2017</u>                    <u>Jerrold N. Poslusny Jr.</u>
                                            Judge, United States Bankruptcy Court